# KENNETH J. MONTGOMERY
## ATTORNEY AT LAW

396 WAVERLY AVENUE        Tel:(718)403-9261
SUITE A        Fax: (347) 402-7103
BROOKLYN, NEW YORK 11238
Email:KEN@KJMONTGOMERYLAW.COM

Admitted NY

**VIA: ECF**

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re**: <u>United States v. Raymond Walker</u>
Docket # 22 Cr 464 (AMD)

Dear Judge Donnelly:

     This letter is to request that the court kindly sign an attached court order as to the release of Raymond Walker's passport. Mr. Walker has been designated by the FBOP to a Missouri jail, leaving him insufficient time to apply for REAL ID for domestic flights. As indicated by Pre-Trials Services Officer of the EDNY, they are currently in possession of Mr. Walker's passport and will need a court order for the release of his passport. I have enclosed an order for that purpose. Thank you for your time and consideration on this matter.

                                    Respectfully submitted,

By:    <u>/s/*Kenneth J. Montgomery*//</u>
        Law Office of Kenneth Montgomery
        396 Waverly Ave,
        Brooklyn, New York
        Tel: 917-770-5590
        Email: ken@kjmontgomerylaw.com

        *Attorney for Raymond Walker*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :

UNITED STATES OF AMERICA,         :

                                      :

                                      :     22-CR-464 (AMD)

        -v.-                     :

                                      :

                                      :     **PASSPORT ORDER**

RAYMOND WALKER           :

                                      :

                                      :

                       Defendant.     :
-------------------------------------------------------------X

To: U.S PRE-TRIAL SERVICE EASTERN DISTRICT OF NEW YORK
    225 CADMAN PLAZA EAST, SOUTH WING, ROOM 219, BROOKLYN, NEW YORK
    11201

       Upon the application of Kenneth J. Montgomery, attorney for the above-named
defendant, and upon all proceedings previously submitted herein, it is hereby:

       ORDERED, that defendant Raymond Walker Crim. No.: 22 Cr 464, passport be
released to his custody.

Dated:       Brooklyn, New York
           June 23, 2025

                                                   SO ORDERED

                                                   s/Ann M. Donnelly
                                                   Hon. Ann M. Donnelly
                                                    District Judge, United States District Court
                                                   Eastern District of New York