UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
                                            :

UNITED STATES OF AMERICA,       :

                                            :      22-CR-464 (AMD)

    -v.-                                 :

                                            :      **AMENDED PASSPORT ORDER**

RAYMOND WALKER                    :

                                            :

                    Defendant.     :
------------------------------------------X

To: U.S PRE-TRIAL SERVICE EASTERN DISTRICT OF NEW YORK
    225 CADMAN PLAZA EAST, SOUTH WING, ROOM 219, BROOKLYN, NEW YORK 11201

       Upon the application of Kenneth J. Montgomery, attorney for Defendant Raymond Walker in the above-captioned action, and upon all proceedings previously submitted herein, it is hereby:

       ORDERED, that defendant Mr. Walker's passport be released to his custody by July 25, 2025.

Dated:       Brooklyn, New York
               July 8, 2025

                                                            SO ORDERED

                                                             s/Ann M. Donnelly
                                                             Hon. Ann M. Donnelly
                                                             District Judge, United States District Court
                                                             Eastern District of New York