```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA,                                :
                                                         :
                                                         :  22-CR-464 (AMD)
     -v.-                                                :
                                                         :
                                                         :  **REMOVAL OF ANKLE**
                                                         :  **BRACELET ORDER**
RAYMOND WALKER                                           :
                                                         :
                                                         :
                        Defendant.                       :
-------------------------------------------------------------X
```

To: U.S PRE-TRIAL SERVICE EASTERN DISTRICT OF NEW YORK
   225 CADMAN PLAZA EAST, SOUTH WING, ROOM 219, BROOKLYN, NEW YORK 11201

    Upon the application of Kenneth J. Montgomery, attorney for the above-named defendant, and upon all proceedings previously submitted herein, it is hereby:

    ORDERED, that the U.S PRE-TRIAL SERVICES OF EDNY remove defendant Raymond Walker Crim. No.: 22 Cr 464 ankle bracelet, Friday July 25, 2025.


Dated:    Brooklyn, New York
          July 24, 2025


                                                        SO ORDERED

                                                         s/Ann M. Donnelly
                                                Hon. Ann M. Donnelly
                                                District Judge, United States District Court
                                                Eastern District of New York